IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MALIK SHAHEED X,
aka Willie Lewis Dailey, Jr.,
ADC #110112                                                                                          PLAINTIFF

V.                                        5:10CV00034 SWW/JTR

LARRY NORRIS,
Director, Arkansas Department of Correction                                  DEFENDANT

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's February 11, 2010 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 23rd day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE